LANE CLOTHES, INC., Appellant, v. FLEETAIR, INC., Defendant, and GENERAL OUTDOOR ADVERTISING CO., INC., Respondent.— Order unanimously modified so as to allow examination as to all items except items 3, 5 and 6 and, as so modified, affirmed, with $20 costs and disbursements to appellant. The items herein allowed are proper items for examination. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

GEORGE WOLYNETZ, JR., Appellant, v. SAMUEL FINKELSTEIN, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

HAMILTON MANAGEMENT CORP., Respondent, v. WILLIAM H. WENDELKEN et al., Appellants. HAMILTON MANAGEMENT CORP., Plaintiff, v. WILLIAM H. WENDELKEN et al., Defendants, and P. A. DI SOMMA, Respondent.— Order unanimously reversed, with $20 costs and disbursements to appellants, and the motion granted upon the ground that the convenience of the witnesses will best be served by a trial in Suffolk County. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

HANDMACHER-VOGEL, INC., et al., Appellants, v. RITMOR SPORTSWEAR CO., INC., et al., Respondents, et al., Defendants.— Order unanimously reversed, without costs, and the motion granted. The service of a supplemental complaint should have been allowed. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

MYRTLE A. ESSEX, Respondent, v. WEBSTER B. ESSEX, Appellant.— Order unanimously modified by referring to an Official Referee the question of defendant's financial ability to pay alimony and arrears. The matter is otherwise remitted to Special Term to await the filing of the report of the Official Referee. In the meanwhile the outstanding commitment for contempt is stayed and the judgment which may or may not be modified by Special Term after the report of the Official Referee is filed, shall stand as security. As so modified the order is affirmed, without costs. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

ALOIS VICHEREK, as President of the Czechoslovak Red Cross, an Unincorporated Association, Appellant, v. JAN PAPANEK et al., Respondents.— Orders unanimously modified so as to strike out the provisions for examination of plaintiff Alois Vicherek in Montreal, Canada, on condition that plaintiff Alois Vicherek appears in New York City for examination pursuant to the orders not less than twenty days prior to the date set for the trial of the action and, as so modified, the orders are affirmed, without costs. Settle orders on notice. Present — Callahan, J. P., Van Voorhis, Heffernan and Bergan, JJ.